# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO OFFICE

| | |
|---|---|
| PANDORA JEWELRY, LLC, a Maryland limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BELLO PARADISO, LLC, a California limited liability company, and DOES 1-50,<br><br>　　　　　Defendant. | Case No. 2:08-CV-03108-LKK-DAD<br><br>**STIPULATION AND ORDER** |

Plaintiff Pandora Jewelry, LLC ("Pandora") and Defendant Bello Paradiso, LLC ("Bello Paradiso"), hereby stipulate and agree to the following:

1. Bello Paradiso, through its counsel, acknowledges service of Pandora's summons, complaint, and related documents and waives any objection it may have regarding the sufficiency of service of process in this matter.

2. Bello Paradiso shall have up to and including February 9, 2009 to answer or otherwise respond to Pandora's complaint.

DATED: January 9, 2009　　　　　　　　　　HARVEY SISKIND LLP

　　　　　　　　　　　　　　　　　　　　　By:　　/s/　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Matthew A. Stratton

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　Pandora Jewelry, LLC

DATED: January 9, 2009　　　　　　　　　　RANDICK O'DEA & TOOLIATOS LLP

　　　　　　　　　　　　　　　　　　　　　By:　　/s/　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Patrick E. Guevara

　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　Bello Paradiso, LLC

STIPULATION AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1 | SO ORDERED:

2 | Dated: January 12, 2009.

*[Signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com