HARVEY SISKIND LLP
D. Peter Harvey (SBN: 55712)
pharvey@harveysiskind.com
Matthew A. Stratton (SBN: 254080)
mstratton@harveysiskind.com
4 Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

William R. Hansen (*admitted pro hac vice*)
whansen@lathropgage.com
Bridget A. Short (*admitted pro hac vice*)
bshort@lathropgage.com
Bernadette Reilly (*admitted pro hac vice*)
breilly@lathropgage.com
Thomas J. FitzGerald (*admitted pro hac vice*)
tfitzgerald@lathropgage.com
LATHROP & GAGE LLP
230 Park Avenue, Suite 1847
New York, NY 10169
Telephone: (212) 850-6220
Fax: (212) 850-6221

John Shaeffer (State Bar No. 138331)
jshaeffer@lathropgage.com
Jeffrey Grant (State Bar No. 218974)
jgrant@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 789-4600
Fax: (310) 789-4601

Attorneys for Plaintiff and Counterclaim
Defendant PANDORA JEWELRY, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO OFFICE

| | |
|---|---|
| PANDORA JEWELRY, LLC, a Maryland limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BELLO PARADISO, LLC, a California limited liability company, and DOES 1-50<br><br>Defendants.<br><br>And Related Counterclaims. | Case No. 2:08-cv-03108-LKK-DAD<br><br>**ORDER REGARDING DEADLINE FOR SERVING COUNTERDEFENDANT PANDORA JEWELRY A/S**<br><br>**Hon. Lawrence K. Karlton** |

1     For good cause shown, it is hereby ORDERED that:

2     The reference to "Pandora Jewelry U.S." on line 8 page 2 of the Court's April 2, 2009, Status (Pretrial Scheduling) Conference Order is erroneous and should read "Pandora Jewelry A/S," such that Defendant must serve its counterclaim upon Pandora Jewelry A/S within 75 days from the date of entry of the Scheduling Order.

**IT IS SO ORDERED.**

Dated: April 21, 2009.

```
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

PDF created with pdfFactory trial version www.pdffactory.com