UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PANDORA JEWELRY, LLC,

        Plaintiff,

    v.

BELLO PARADISO, LLC,

        Defendant.
_____/

AND RELATED COUNTERCLAIM
_____/

NO. CIV. S-08-3108 LKK/DAD

O R D E R

On March 2, 2009, plaintiff and counter-defendant Pandora Jewelry, LLC filed a motion to dismiss defendant's counterclaims, noticing the motion for hearing on May 4, 2009. This court issued a scheduling order on April 2, 2009, dismissing the counterclaim and granting defendant leave to file an amended answer and counterclaim. Defendant filed an amended complaint and counterclaim on April 14, 2009. The amended counterclaim appears to re-plead four claims which were targeted by the motion to dismiss: claims for monopolization and attempted monopolization

1

under section 2 of the Sherman Act, a claim for violation of California's Unfair Competition Law, and a claim for declaratory relief.

The court notes that several of the arguments raised by plaintiffs' motion to dismiss may apply to the amended counterclaim. However, plaintiff has not filed a motion to dismiss the amended counterclaim. Nor has defendant filed an opposition to the extant motion to dismiss. Such opposition would have been due by April 20, 2009.

In light of the dismissal of the counterclaim effectuated by this court's scheduling order of April 2, 2009, plaintiff's motion to dismiss, Doc. No. 15, is hereby DENIED WITHOUT PREJUDICE. The hearing on this motion scheduled for May 4, 2009, is accordingly VACATED. Because the status of plaintiff's motion to dismiss may have been unclear, plaintiff SHALL respond to the amended counterclaim, either by answer or by motion, not later than 20 days from the date of this order.

IT IS SO ORDERED.

DATED: April 29, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT