UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PANDORA JEWELRY, LLC,

        Plaintiff,

   v.

BELLO PARADISO, LLC,

        Defendant.
                                    /

AND RELATED COUNTERCLAIM
                                    /

NO. CIV. S-08-3108 LKK/DAD

O R D E R

    As discussed in the telephonic conference held on October 2, 2009, the court ORDERS as follows:

    1.   The dates provided in the scheduling order of April 2, 2009 (Doc. No. 28) are VACATED.

    2.   The time for filing motions relating to discovery is REOPENED. The parties SHALL ADHERE to a discovery schedule to be set by Magistrate Judge Drozd.

    3.   The court will set a renewed scheduling order when the Magistrate Judge informs the court that it is feasible to do so.

1

4. The Magistrate Judge will recommend to the court whether sanctions should issue for any of the parties' conduct to date.

IT IS SO ORDERED.

DATED: October 5, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2