IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PANDORA JEWELRY, LLC,

      Plaintiff,    No. CIV S-08-3108 LKK DAD

  v.

BELLO PARADISO, LLC,    ORDER

      Defendant.

_____/

      By order filed October 6, 2009, the Honorable Lawrence K. Karlton reopened the time for filing motions relating to discovery in this action. Pursuant to that order, this case was set for a status conference before the undersigned on October 9, 2009. Bridget A. Short, John Shaeffer, and Jeffrey H. Grant appeared telephonically for plaintiff. Frederick G. Wiesner and Jeffrey M. Fackler appeared for defendant, and Patrick E. Guevara and Mark Robinson appeared telephonically for defendant.

      After hearing the parties' arguments, and for the reasons stated in open court, IT IS ORDERED that:

      1. Defendant's brief regarding the unresolved protective order and special master issues shall be filed and served on or before October 13, 2009;

      2. Plaintiff's response shall be filed and served on or before October 20, 2009;

1

3. Defendant's reply, if any, shall be filed and served on or before October 27, 2009;

4. The unresolved protective order and special master issues shall be heard by the undersigned on November 2, 2009, at 10:00 a.m. in Courtroom 27; to arrange telephonic appearance at the hearing, counsel shall contact Pete Buzo, courtroom deputy to the undersigned, at (916) 930-4128, and provide a land-line telephone number no later than 48 hours prior to the hearing.

DATED: October 9, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/pandorajewelry3108.oah.100909

2