IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PANDORA JEWELRY, LLC,

      Plaintiff,                        No. CIV S-08-3108 LKK DAD

      v.

BELLO PARADISO, LLC,             <u>ORDER</u>

      Defendant.

_____/

      Defendant's renewed motion for protective order came before the undersigned for hearing on November 2, 2009, as specially set by order filed October 9, 2009. Jeffrey M. Fackler and Marc B. Robinson were present in court and Patrick E. Guevara appeared telephonically as counsel for defendant. John Shaeffer and Bridget A. Short were present in court and William R. Hansen appeared telephonically as counsel for plaintiff.

      After hearing the parties' arguments, and for the reasons stated in open court, IT IS ORDERED that:

      1. Defendant's October 13, 2009 motion for protective order (Doc. No. 88) is granted in part;

      2. Within ten days after November 2, 2009, the parties shall submit a stipulation and proposed protective order consistent with the limitations stated in court; and

1

3. Within fourteen days after November 2, 2009, the parties shall submit a stipulation and proposed scheduling order or, in the alternative, contact Pete Buzo, courtroom deputy to the undersigned, at (916) 930-4128 to request a telephonic status conference. If a status conference is set, all counsel shall arrange telephonic appearance by providing Pete Buzo with a land-line telephone number no later than 48 hours prior to the status conference.

DATED: November 2, 2009.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/pandorajewelry3108.oah.110209