Marc B. Robinson, Esq. – SBN 119364
ROBINSON BRADFORD LLP
3255 W. March Lane, Suite 230
Stockton, CA  95219
Telephone:  (209) 954-9001
Facsimile:   (209) 954-9091

Attorney for BELLO PARADISO, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

-o0o-

| | |
|---|---|
| PANDORA JEWELRY, LLC,<br><br>Plaintiff,<br>-vs-<br><br>BELLO PARADISO, LLC,<br><br>Defendant.<br><hr>AND RELATED COUNTERCLAIMS | **CASE NO. 2:08-CV-03108-LKK-DAD**<br><br>**STIPULATION FOR WITHDRAWAL OF COUNSEL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Marc B. Robinson, Esq., and Robinson Bradford LLP, hereby withdraw as counsel of record for Defendant BELLO PARADISO, LLC.

Robinson Bradford LLP previously associated as counsel of record at the request of Defendant BELLO PARADISO, LLC. Robinson Bradford's association was for a specific,

1
Stipulation for Withdrawal of Counsel - Case No. 2:08-CV-03108-LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

limited purpose and is no longer necessary to Defendant's defense. Defendant BELLO PARADISO, LLC, has been represented, and will continue to be represented, by three law firms: MICHAEL & FACKLER, RANDICK O'DEA & TOOLIATOS, LLP, and FIELD & SANDERS.

DATED:  January 4, 2010         ROBINSON BRADFORD LLP

By: /s/ Marc B. Robinson
    Marc B. Robinson
    Attorney for Defendant Bello Paradiso, LLC

I have requested and hereby consent to the above withdrawal of counsel.

DATED:  January 5, 2010         BELLO PARADISO, LLC

By:    /s/ Matt Davies
       Matt Davies

APPROVED:

DATED:    January 7, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
Stipulation for Withdrawal of Counsel - Case No. 2:08-CV-03108-LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com