HARVEY SISKIND LLP
D. Peter Harvey (SBN: 55712)
pharvey@harveysiskind.com
Matthew A. Stratton (SBN: 254080)
mstratton@harveysiskind.com
4 Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

William R. Hansen (*admitted pro hac vice*)
whansen@lathropgage.com
Bridget A. Short (*admitted pro hac vice*)
bshort@lathropgage.com
Bernadette Reilly (*admitted pro hac vice*)
breilly@lathropgage.com
Suzanna M. M. Morales (*admitted pro hac vice*)
smorales@lathropgage.com
LATHROP & GAGE LLP
230 Park Avenue, Suite 1847
New York, NY 10169
Telephone: (212) 850-6220
Fax: (212) 850-6221

John Shaeffer (State Bar No. 138331)
jshaeffer@lathropgage.com
Jeffrey Grant (State Bar No. 218974)
jgrant@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 789-4600
Fax: (310) 789-4601

Attorneys for Plaintiff
PANDORA JEWELRY, LLC

**FILED**
APR 1 2 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO OFFICE

| | |
|---|---|
| PANDORA JEWELRY, LLC, a Maryland limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BELLO PARADISO, LLC, a California limited liability company, and DOES 1-50<br><br>Defendants. | Case No. 2:08-cv-03108-LKK-DAD<br><br>**ORDER GRANTING PANDORA JEWELRY LLC'S MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: April 30, 2010<br>Time: 10:00 a.m.<br>Courtroom: No. 27<br>Hon. Magistrate Judge Dale A. Drozd |

# ORDER

Based on Plaintiff Pandora Jewelry LLC's Motion to File Documents Under Seal, and good cause appearing,

**IT IS HEREBY ORDERED THAT**, Pandora's Motion to File Documents Under Seal (Doc. No. 117) is GRANTED. The following exhibits to the Declaration of Jeffrey H. Grant in Support of Pandora's Motion to De-Designate Bello Paradiso LLC's Supplier Information and Documents may be filed under seal:

1. Exhibit A - a true and correct copy of Pandora's Master Purchase and Authorization for Sales to Authorized Retailers agreement bearing bates labels PJ001883-1892 and which is designated as "Confidential Attorney's Eyes Only."

2. Exhibit B - true and correct copies of emails from Bello to its customers which were produced by Bello to Pandora in an excel spreadsheet as bates label BP006001 and marked "Attorney's Eyes Only."

3. Exhibit C - true and copies of relevant excerpts from the deposition of Molly Thompson taken on March 11, 2010 which was designated as "Confidential."

4. Exhibit D - true and copies of relevant excerpts from the deposition of Matthew Davies taken on March 12, 2010 which was designated as "Confidential."

Dated: April 9, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\pandora3108.motseal.ordgr