FILED
APR 15 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

JAMES C. POTEPAN (SBN 107370)
jpotepan@rmkb.com
THOMAS M. O'LEARY (SBN 126146.)
to'leary@rmkb.com
BRIAN C. VANDERHOOF (SBN 248511)
bvanderhoof@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, California  90071-2213
Telephone:	(213) 312-2000
Facsimile:	(213) 312-2001

Attorneys for Defendant BELLO PARADISO, LLC

WILLIAM R. HANSEN (*admitted pro hac vice*)
whansen@lathropgage.com
BRIDGET A. SHORT (*admitted pro hac vice*)
bshort@lathropgage.com
BERNADETTE REILLY (*admitted pro hac vice*)
breilly@lathropgage.com
SUZANNA M. MORALES (*admitted pro hac vice*)
smorales@lathropgage.com
LATHROP &GAGE LLP
230 Park Avenue, Suite 1847
New York, NY 10169
Telephone:	(212) 850-6220
Facsimile:	(212) 850-6221

Attorneys for Plaintiff PANDORA JEWELRY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANDORA JEWELRY, LLC, a Maryland limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BELLO PARADISO, LLC, a California limited liability company, and DOES 1-50,<br><br>Defendants. | CASE NO.  2:08-CV-03108-LKK-DAD<br>[*Assigned Judge: Hon. Lawrence K. Karlton*]<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANT'S TIME TO FILE AND SERVE OPPOSITION PAPERS TO PLAINTIFF'S MOTION TO DE-DESIGNATE DEFENDANT BELLO PARADISO, LLC'S SUPPLIER INFORMATION** |

RC1/5554614.1/BCV

STIPULATION TO CONTINUE TIME FOR FILING OPPOSITION PAPERS

1  **WHEREAS**, on April 2, 2010 plaintiff Pandora Jewelry, LLC ("Plaintiff") filed a Motion to De-Designate defendant Bello Paradiso, LLC's ("Defendant") Supplier Information and Documents and set it for hearing on April 30, 2010 (Docket Entry 115);

4  **WHEREAS**, the parties prepared for and participated in a productive mediation on April 7, 2010 and were able to resolve many, but not all, of their differences;

6  **WHEREAS**, on April 13, 2010 the parties continued their settlement discussions via a telephonic conference among counsel that furthered the possibility of bringing this matter to an early resolution;

9  **WHEREAS**, the parties have agreed to conduct an additional conference call with the assistance of the Honorable Fred K. Morrison as mediator on April 16, 2010 in furtherance of their efforts to resolve this matter short of trial;

12  **WHEREAS**, Defendant's opposition to Plaintiff's Motion to De-Designate its Supplier Information must be filed on or before April 16, 2010 based upon the April 30, 2010 hearing date;

14  **WHEREAS**, based upon the Court's scheduling order, the last day for the Court to hear Plaintiff's Motion to De-Designate Defendant's Supplier Information is April 30, 2010 making it impractical for Plaintiff to continue the hearing so as to allow additional time to fully brief the matter;

18  **THEREFORE**, the parties stipulate that Defendant shall have up to and including April 20, 2010 to file and serve its Opposition to Plaintiff's Motion to De-Designate Defendant's Supplier Information to allow additional time for the parties to conduct further settlement negotiations which may obviate the need for the opposition papers and hearing.

DATED: April 15, 2010           ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Brian C. Vanderhoof*
    JAMES C. POTEPAN
    THOMAS M. O'LEARY
    BRIAN C. VANDERHOOF
    Attorneys for Defendant
    BELLO PARADISO, LLC

DATED: April 15, 2010

LATHROP & GAGE LLP

By: /s/ *Bridget A. Short* (as authorized 4/15/10)
  WILLIAM HANSEN
  BRIDGET A. SHORT
  Attorneys for Defendant
  BELLO PARADISO, LLC

IT IS SO ORDERED.

DATED: April 15, 2010

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/pandora3108.stipord.eot.opp.DOC