1  JAMES C. POTEPAN (SBN 107370)
   jpotepan@rmkb.com
2  THOMAS M. O'LEARY (SBN 126146.)
   to'leary@rmkb.com
3  BRIAN C. VANDERHOOF (SBN 248511)
   bvanderhoof@rmkb.com
4  ROPERS, MAJESKI, KOHN & BENTLEY
   515 South Flower Street, Suite 1100
5  Los Angeles, California 90071-2213
   Telephone:  (213) 312-2000
6  Facsimile:   (213) 312-2001

7  Attorneys for Defendant BELLO PARADISO, LLC

8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12 PANDORA JEWELRY, LLC,                  CASE NO. 2:08-CV-03108-LKK-DAD
13 a Maryland limited liability company,  [*Assigned Judge: Hon. Lawrence K. Karlton*]

14              Plaintiff,                **ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL**

15 v.                                     [L.R. 141]

16 BELLO PARADISO, LLC, a California      DATE:  April 30, 2010
   limited liability company, and DOES 1-50,  TIME:  10:00 a.m.
17                                        ROOM:  No. 27
18              Defendants.               Hon. Magistrate Judge Dale A. Drozd

RC1/5559211.1/BCV

# ORDER

Based on Defendant Bello Paradiso, LLC's ("Bello") Motion to File Documents Under Seal, and good cause appearing,

IT IS HEREBY ORDERED THAT Defendant Bello's Motion to File Documents Under Seal (Doc. No. 126) is GRANTED. The following exhibits to the Declaration of Brian C. Vanderhoof in Support of Bello's Opposition to Pandora's Motion to De-Designate Bello Paradiso LLC's Supplier Information shall be filed under seal:

1. Exhibit B - true and correct copies of relevant excerpts from the deposition of Matthew Davies taken March 12, 2010 which were designated "Confidential" by agreement of the parties.

2. Exhibit C - true and correct copies of relevant excerpts from the deposition of Molly Thompson taken on March 11, 2010 which were designated as "Confidential" by agreement of the parties.

DATED: April 23, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/pandora3108.dftmotseal.ordgr