IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PANDORA JEWELRY, LLC,

    Plaintiff,                               No. CIV S-08-3108 LKK DAD

    v.

BELLO PARADISO, LLC,                <u>ORDER</u>

    Defendant.

_____/

        Plaintiff's motion to de-designate defendant's supplier information and documents came before the court for hearing on April 30, 2010. John Shaeffer was present in court and Bridget A. Short appeared telephonically as counsel for plaintiff. Thomas M. O'Leary was present in court as counsel for defendant.

        Upon consideration of the parties' briefs and arguments, and for the reasons stated in open court, IT IS ORDERED that:

        1. Plaintiff's April 2, 2010 motion to de-designate defendant's supplier information and documents (Doc. No. 115) is granted in part.

        2. Documents and information about defendant's former suppliers of merchandise bearing the "Pandora Jewelry" mark, i.e., suppliers who are no longer supplying defendant with such merchandise, are not subject to designation as "Confidential," "Attorneys'

1

1  Eyes Only," or "Litigation Purposes Only."  Documents and information about defendant's
2  current suppliers of merchandise bearing the "Pandora Jewelry" mark, i.e., suppliers who
3  continue to supply defendant with such merchandise, are not subject to designation as
4  "Attorneys' Eyes Only" but remain subject to the designations "Confidential" and "Litigation
5  Purposes Only" and shall be used by plaintiff and its counsel only in this litigation.
6  DATED: May 4, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/pandorajewelry3108.oah.043010