HARVEY SISKIND LLP
D. Peter Harvey (SBN: 55712)
pharvey@harveysiskind.com
Matthew A. Stratton (SBN: 254080)
mstratton@harveysiskind.com
4 Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

William R. Hansen (*admitted pro hac vice*)
whansen@lathropgage.com
Bridget A. Short (*admitted pro hac vice*)
bshort@lathropgage.com
Bernadette Reilly (*admitted pro hac vice*)
breilly@lathropgage.com
Thomas J. FitzGerald (*admitted pro hac vice*)
tfitzgerald@lathropgage.com
Suzanna M. M. Morales (*admitted pro hac vice*)
smorales@lathropgage.com
LATHROP & GAGE LLP
230 Park Avenue, Suite 1847
New York, NY 10169
Telephone: (212) 850-6220
Fax: (212) 850-6221

John Shaeffer (State Bar No. 138331)
jshaeffer@lathropgage.com
Jeffrey Grant (State Bar No. 218974)
jgrant@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 789-4600
Fax: (310) 789-4601

Attorneys for Plaintiff and Counterclaim
Defendant PANDORA JEWELRY, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO OFFICE

| | |
|---|---|
| PANDORA JEWELRY, LLC, a Maryland limited liability company, | Case No. 2:08-cv-03108-LKK-DAD |
| Plaintiff, | **FINAL JUDGMENT ON CONSENT** |
| v. | Hon. Lawrence K. Karlton |
| BELLO PARADISO, LLC, a California limited liability company, and DOES 1-50 | |
| Defendants. | |

The parties to this action having agreed upon a basis for resolving and settling the issues before this Court, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the subject matter of this action and over the parties hereto who have consented to entry of this judgment ("Consent Judgment").

2. Plaintiff, Pandora Jewelry, LLC ("Pandora"), is the owner of the names and trademarks PANDORA and PANDORA JEWELRY as well as United States Trademark Registration Numbers 3,065,374; 3,613,181; and 3,640,357 ("PANDORA Marks") on the Principal Register of the United States Patent and Trademark Office.

3. Pandora is the owner of certain copyrights under 17 U.S.C. §101 *et. seq.*, including those copyrights covered by United States Copyright Registration Numbers VA1277239, VA1256757, VA1309509, VAu666696, VAu635370, VAu671813, VAu721105, VAu731716, VAu703104, VA1366322, VA1208549, VA1218723, VAu955044 and VAu955485 for PANDORA jewelry design and photographic works ("PANDORA Copyrights").

4. Pandora has alleged that Bello Paradiso, LLC ("Bello Paradiso") has infringed the PANDORA Marks and PANDORA Copyrights and that Defendant has unfairly competed with Pandora by using the PANDORA Marks in the marketing, advertising, distributing, offering for sale and sale of jewelry products.

5. This Court has dismissed with prejudice Bello Paradiso's Counterclaims for violations of the Sherman Act under 15 U.S.C.§§ 1, 2 and California law and has awarded Pandora its attorneys' fees and costs under California's Anti-Slapp Statute, C.C.P. § 425.16 [DKT Nos. 46 and 52].

6. The parties have agreed upon settlement of this matter, including upon this Consent Decree.

7. Bello Paradiso and its two principals and officers, Matt Davies and Molly Thompson, both individuals residing in Stockton, California, hereby consent to the entry of a Final Judgment as set forth in the said Order pursuant to Fed. R. Civ. P. 54(b).  Bello Paradiso, Matt Davies and Molly Thompson further waive any right to appeal to the entry of this FINAL JUDGMENT on consent.

8. Bello Paradiso, Matt Davies and Molly Thompson hereby expressly acknowledge that the PANDORA Marks and PANDORA Copyrights are valid and enforceable.  Nothing herein shall be construed as an admission of wrongdoing by Bello Paradiso, Matt Davies and Molly Thompson.

9. Bello Paradiso, Matt Davies and Molly Thompson hereby covenant not to challenge, or assist any others directly or indirectly, to oppose, interfere, challenge, contest or take any other action against, on any basis, the validity or enforceability of the PANDORA Marks and PANDORA Copyrights.

10. As provided in 15 U.S.C. §1114 and 17 U.S.C. § 502, from the day of entry of this Final Judgment on Consent, Bello Paradiso, Molly Thompson, Matt Davies, any holding company, parent, subsidiary, affiliate, division, any other officer, director, shareholder, employee, manager, or supervisor of and any person acting in concert or participation with any of them, are hereby PERMANENTLY ENJOINED and RESTRAINED from:

    (a) any and all use of the PANDORA Marks and any and all names and marks confusingly similar thereto;

    (b) any and all use of the PANDORA Copyrights;

    (c) marketing, advertising, distributing, offering for sale and selling any products under the PANDORA Marks; and

    (d) registering any domain name(s) which reference or contain the PANDORA Marks or any confusingly similar variation thereof or to purchase key words or display the PANDORA Marks or any confusingly similar variation thereof in Sponsored Ads through any Internet Search Engine, including but not limited to Google, Yahoo! and MSN/Bing.

  11. Bello Paradiso hereby undertakes and represents that all advertising, marketing and promotional materials which reference and/or display the PANDORA Marks and/or PANDORA Copyrights have been removed from all websites and retail locations owned and/or operated by Bello Paradiso, Molly Thompson and/or Matt Davies and/or any holding company, parent, subsidiary, affiliate, division, any other officer, director, shareholder, employee, manager, or supervisor of and any person acting in concert or participation with any of them.

  12. Bello Paradiso further undertakes and represents that all advertising, marketing and promotional materials which reference and/or display the PANDORA Marks and/or PANDORA Copyrights have been destroyed and all images of the PANDORA Marks and/or PANDORA Copyrights have been removed from all web sites and retail locations owned or operated by Bello Paradiso, Matt Davies and/or Molly Thompson and/or any holding company, parent, subsidiary, affiliate, division, any other officer, director, shareholder, employee, manager, or supervisor of and any person acting in concert or participation with any of them.

  13. Bello Paradiso, Matt Davies and Molly Thompson hereby undertake and represent that all domain names currently registered to Bello Paradiso and/or Matt Davies and/or Molly Thompson which include the PANDORA Marks or any names and marks confusingly similar

thereto will be transferred to Pandora at no cost to Bello Paradiso, Matt Davies or Molly Thompson within ten (10) business days of the entry of this Consent Decree.

14.     Bello Paradiso, Matt Davies and Molly Thompson, along with all successors and assigns of Bello Paradiso, hereby shall be subject to the jurisdiction of this Court.  In the event of a breach or default of any term of this Consent Decree, this Court shall maintain jurisdiction over this action to decide any issues relating to such breach or default.  If a violation is found to have occurred at any time, in addition to any fines, damages, and injunctive relief awarded by a Court, Pandora shall be entitled to an award of all costs and expenses, including attorneys' fees, arising out of the default or breach and paid or incurred by Pandora in enforcing and/or obtaining the full performance of this Consent Judgment.

15.     This Final Judgment on Consent, entered pursuant to Fed. R. Civ. P. 54, is in full settlement of all claims and defenses by and between the parties hereto with respect to each and every claim in Plaintiff's Complaint and counterclaims which were raised or could have been raised and shall constitute a final adjudication on the merits as to all damages claimed by Pandora and all defenses relating to the subject matter in the Complaint that were raised or could have been raised by Bello Paradiso.  However, nothing in this Final Judgment on Consent waives Pandora's rights under federal law, state law, and common law, including but not limited to <u>inter alia</u>, preliminary injunctions, monetary sanctions and costs, and damages as provided under Titles 15 and 17 of the U.S. Code, should an action or motion be warranted by Bello Paradiso, Matt Davies and/or Molly Thompson's future conduct with respect to any acts prohibited by the terms of this Final Judgment on Consent.

16.     Bello Paradiso, Matt Davies, Molly Thompson and Pandora each represents that, before the execution of this Consent Judgment, it had the benefit of legal counsel of its selection, and that it executed this Consent Judgment only after consulting with such legal counsel.

17. Bello Paradiso, Matt Davies, Molly Thompson and Pandora expressly agree that this Consent Judgment shall not be construed against any party on the ground that such party was responsible for the preparation of this Consent Judgment, or on any related ground. The language of this Consent Judgment shall be construed as a whole and according to its fair meaning. All terms contained herein shall be construed as singular, plural, masculine, feminine, or neuter, as context requires. "And," "or," and "and/or" shall be construed in the manner most restrictive on Bello Paradiso, Matt Davies and Molly Thompson.

Dated: Sacramento, California
       June 10, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

The parties and their respective attorneys hereby consent to the entry of the foregoing judgment.

FOR THE PLAINTIFF:

Dated: Columbia, Maryland
      June 1, 2010                           By: _____/s/_____
                                                            John White for
                                                            Pandora Jewelry, LLC

Dated: New York, New York
      June 1, 2010                           By: _____/s/_____
                                                            LATHROP & GAGE LLP
                                                            William R. Hansen (WH-9446)
                                                            230 Park Avenue, Suite 1847
                                                            New York, New York 10168
                                                            (212) 850-6220

                                                            Attorneys for Plaintiff
                                                            Pandora Jewelry, LLC

FOR THE DEFENDANT:

Dated:  San Francisco, California
      June 2, 2010                           By: _____/s/_____
                                                            Bello Paradiso, LLC

FOR MATT DAVIES INDIVIDUALLY:

Dated: San Francisco, California         By: _____/s/_____
      June 2, 2010                                            Matt Davies

FOR MOLLY THOMPSON INDIVIDUALLY:

Dated: San Francisco, California          By: _____/s/_____
      June 2, 2010                                           Molly Thompson


Dated: Los Angeles, California
      June 3, 2010                              By: _____/s/_____
                                          Thomas Michael O'Leary, Esq.
                                          Ropers, Majeski, Kohn & Bentley
                                          515 South Flower Street
                                          Suite 1100
                                          Los Angeles, California  90071

                                          Attorneys for Defendant Bello Paradiso,
                                          Matt Davies and Molly Thompson

FINAL JUDGMENT ON CONSENT